No. 156. MICHEL *v.* SOLIMINE. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals

616

for the Second Circuit denied. *Mr. Abraham Wilson* for petitioner. *Mr. Leo J. Linder* for respondent.